The Kantrow Law Group, PLLC
Attorneys for the Trustee
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
516 703 3672
fkantrow@thekantrowlawgroup.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE: **11/22/21** |
| EASTERN DISTRICT OF NEW YORK | TIME: **9:30 a.m.** |

-----------------------------------------------------------X

In re:

JON MCLANE FINOCCHIO and　　　　　　　　　　　Chapter 7
MARIA FINOCCHIO,　　　　　　　　　　　　　　　　Case No. 21-71261-reg

　　　　　　　　　　　　　　Debtors.
-----------------------------------------------------------X

## NOTICE OF TRUSTEE'S APPLICATION FOR THE ENTRY OF AN ORDER AUTHORIZING THE TRUSTEE TO ENTER INTO PROPOSED SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE** that Allan B. Mendelsohn, trustee (the "Trustee") of the estate of Jon McLane Finocchio and Maria Finocchio, the debtors (the "Debtors"), by and through his attorneys, The Kantrow Law Group, PLLC, shall move before the Hon. Robert E. Grossman, United States Bankruptcy Judge, on **NOVEMBER 22, 2021 at 9:30 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") approving a certain stipulation (the "Stipulation") entered into by and between the Trustee and the Debtors at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 860 pursuant to and consistent with the COVID-19 National Emergency Procedures as set forth on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the application, must be in writing and must be served upon the Trustee's counsel, The Kantrow Law Group, PLLC, 6901 Jericho Turnpike, Suite 230, Syosset, New York 11791 to the attention of Fred S. Kantrow, Esq.; and the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722 to the attention of Stan Y. Yang, Esq; with a hard copy directed to the Court; and must conform to

the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, be registered users of the Bankruptcy Court's electronic case filing system and, by all other parties in interest by the appropriate electronic delivery method by not later than **November 15, 2021.**

**PLEASE TAKE FURTHER NOTICE** that only timely objections may be considered by the Court.

Dated: Syosset, New York
       November 1, 2021

                        The Kantrow Law Group, PLLC
                        Attorneys for Allan B. Mendelsohn

BY:   S/Fred S. Kantrow
        Fred S. Kantrow
        6901 Jericho Turnpike, Suite 230
        Syosset, New York 11791
        516 450 7745
        fkantrow@thekantrowlawgroup.com